# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MCCLAY                                                           CIVIL ACTION

VERSUS                                                           20-59-SDD-EWD

DG LOUISIANA, LLC

## RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated June 11, 2021, to which no objection was filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Motion is GRANTED and this cause of action is hereby REMANDED to the 18th Judicial District Court, Parish of Iberville, Louisiana for lack of subject matter jurisdiction under 28 U.S.C. § 1332(a). To the extent any portion of the motion can be construed as a request for costs and attorney's fees under 28 U.S.C. § 1447(c), that such request is hereby DENIED.

Signed in Baton Rouge, Louisiana on July 28, 2021.

CHIEF JUDGE SHELLY D. DICK
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 13.
[2] Rec. Doc. 25.

18th JDC